FILED

10/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0268

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ELLEN DESIRAE MCDONOUGH,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 26, 2021, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2021